IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM | | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 26-cv-932 |
| CITY OF PHILADELPHIA et al. | | |

**NOTICE**

AND NOW, this 21st day of September 2026, the parties shall take notice that the **Hearing on the Motion to Compel Arbitration (Doc. 49), Motion to Compel Discovery (Doc. 53), Motion for Protective Order (Doc. 54), and Motion to Dismiss (Doc. 57),** is hereby scheduled for **October 15, 2026** at **10:00 AM** in **Courtroom 17A** before the **Honorable Antonio M. Pozos**.

/s/ Christopher T. Kurek
Deputy Clerk