AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** Pennsylvania

Junoh Kim
Plaintiff (s),
V.
City of Philadelphia, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:26-cv-00932-AMP

Notice is hereby given that, subject to approval by the court, Plaintiff, Junoh Kim (Party (s) Name) substitutes Michael J. Troiani, Esq: van der Veen, Hartshorn & Levin (Name of New Attorney), State Bar No. 54871 as counsel of record in place of Robert N. Braker, Esq: Saltz Mongeluzzi Barrett & Bendesky, P.C. (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: van der Veen, Hartshorn & Levin
Address: 1219 Spruce Street, Philadelphia, PA 19107
Telephone: (215) 546-1000 Facsimile (215) 546-8529
E-Mail (Optional): mtroiani@mtvlaw.com

I consent to the above substitution.
Date: 10/6/2026

*/s/ Junoh Kim*
(Signature of Party (s))

I consent to being substituted.
Date: 10/6/2026

[signature]
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/6/2026

[signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________________

______________________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**