**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUNOH KIM,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 26-cv-0932** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW**, this 21st day of October 2026, following the motions hearing before this Court on October 15, 2026, the Parties' Joint Report (ECF No. 66), the Orders from this Court granting the Officer Defendants' Partial Motion to Dismiss with leave to amend (ECF No. 74) and the Uber Defendants' Motion to Compel Arbitration (ECF No. 75), it is hereby **ORDERED** that:

1. The remaining Parties to this litigation shall meet and confer on or before November 13, 2026, and shall prepare a joint report containing a proposed plan for how best to move this litigation forward, including a proposed schedule through and including trial. The Parties shall meet and confer either in person or by video conference. In the event that the parties are not able to agree on particular aspect(s) of the plan, the parties shall first attempt to resolve those disagreements, and, if they are unable to do so, separately identify their positions in the joint report. In doing so, the Parties are directed to consider the Court's Policies and Procedures, which are available at: https://www.paed.uscourts.gov/judges-info/district-court-judges/antonio-m-pozos.

2. The Parties shall file this joint report with the Court on or before November 20, 2026.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**