**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUNOH KIM,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 26-932** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **KASSAN CRUTCHFIELD,** | : | |
| **UBER TECHNOLOGIES, INC., d/b/a** | : | |
| **UBER, PORTIER, LLC, POLICE** | : | |
| **OFFICER ANTHONY WASHINGTON,** | : | |
| **POLICE OFFICER GREGORIO** | : | |
| **SANTANA, POLICE OFFICER** | : | |
| **JEROME JACKSON, JOHN DOE 1-5** | : | |
| **and JOHN DOE 6** | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF JUNOH KIM AND DEFENDANTS, UBER TECHNOLOGIES, INC. AND PORTIER, LLC'S JOINT REPORT REGARDING THE STATUS OF ARBITRATION**

Plaintiff, Junoh Kim, and Defendants, Uber Technologies, Inc. and Portier, LLC (hereinafter collectively referred to as "Uber"), by and through their undersigned counsel, hereby submit the following court ordered joint submission regarding the status of arbitration pursuant to the Honorable Antonio M. Pozos' October 20, 2026 Order and state as follows:

**A. Status of Arbitration**

Plaintiff's Counsel and Counsel for Uber have conferred and remain active in the process of exchanging potential neutral private arbitrators to conduct this dispute. The process is lagged only by the possibility that Defendant Crutchfield jointly participate in the arbitration with Plaintiff and Uber, the relevant parameters of which are still being ironed out amongst counsel. Plaintiff Kim and Uber expect to have a neutral arbitrator selected and a firm decision as to whether Defendant Crutchfield will jointly participate in arbitration prior to the next mandated reporting deadline of December 15, 2026. Assuming Plaintiff and Uber have selected an arbitrator by agreement before the next status update deadline, a separate filing including the relevant deadlines and schedules will be made with the Court

contemporaneously. Plaintiff and Uber will advise the Court if they are incapable of reaching an agreed upon arbitrator and forum prior to December 15, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

BY: *_/s/ Joseph Gallo, Esquire_*
JOHN T. DONOVAN, ESQUIRE
CAROLINE VAHEY, ESQUIRE
ANDREW SHAW, ESQUIRE
JOSEPH GALLO, ESQUIRE
2001 Market Street, Suite 3100
Philadelphia, PA 19103
*Attorneys for Defendants, Uber Technologies, Inc. & Portier, LLC*

**VAN DER VEEN, HARTSHORN & LEVIN**

BY: *_/s/ Michael J. Troiani, Esquire_*
MICHAEL J. TROIANI, ESQUIRE
1219 Spruce Street
Philadelphia, PA 19107
*Attorneys for Plaintiff Junoh Kim*